# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAYETANO MONTIEL JIMENEZ,

       Petitioner,

v.                                                                    Case No:   6:26-cv-00551-GAP-RMN

GARRETT J. RIPA, MARKWAYNE
MULLIN, U.S. DEPARTMENT OF
HOMELAND SECURITY; PAMELA
BONDI, EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, and
RONNIE WOODALL,

       Respondents.

---

## ORDER

This matter came before the Court on the Petition for Writ of Habeas Corpus filed by Petitioner Cayetano Montiel Jimenez ("Petitioner"). Doc. 1. Respondents have not yet appeared.

Upon review of the Petition, it is apparent that Petitioner is in the physical custody of Respondents at Baker Correctional Institution in Baker County, Florida. *See id.*, ¶ 1. Local Rule 1.04(b) provides that "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced." As this action is most directly connected to the

Jacksonville Division (and absent any indication that the action is more conveniently advanced in the Orlando division), this action should be transferred to that division of the court.

Accordingly, it is **ORDERED** that the Clerk is **DIRECTED** to **TRANSFER** this case to the Jacksonville Division of the Middle District of Florida.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -